**Duane Terry GLASS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 64255.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 20, 1994.

Application to Transfer Denied
Dec. 20, 1994.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

PER CURIAM.

*MEMORANDUM OPINION*

Movant appeals from the denial of his post guilty plea Rule 24.035 motion. The findings of fact of the trial court are not clearly erroneous. No error of law appears and an opinion would have no precedential value.

Movant's contention regarding improper venue is legally incorrect. Sec. 541.070 RSMo 1986.

Judgment affirmed pursuant to Rule 84.16(b).